AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

| | |
|---|---|
| GABINO GENAO | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| CITY OF NEW YORK | CASE NUMBER: 2:14-cv-08122-AT-JLC |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __Gabino Genao__ substitutes
(Party (s) Name)

__Nealraj S. Bhushan__, State Bar No. __5302732__ as counsel of record in
(Name of New Attorney)

place of   __David A. Lebowitz, Esq., Jonathan S. Abady, Esq. and Jonathan S. Chasan, Esq.__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | The Jacob D. Fuchsberg Law Firm, LLP |
| Address: | 500 Fifth Avenue, 45th Floor, New York, NY 10110 |
| Telephone: | (212) 869-3500        Facsimile (212) 398-1432 |
| E-Mail (Optional): | |

I consent to the above substitution.

Date:   1/11/2017                                                   _Gabino Genao_
                                                                    (Signature of Party (s))

I consent to being substituted.

Date:   1/23/2017                                                   _[signatures]_
                                                                    (Signature of Former Attorney (s))

I consent to the above substitution.

Date:   2/15/2017                                                   _[signature]_
                                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                   _____
                                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]