USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/8/2017____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GABINO GENAO,

           Plaintiff,

  -v-

CITY OF NEW YORK, *et al.*,

           Defendants.
-------------------------------------------------------------X

**ORDER**

14-CV-8122 (AT) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The settlement conference will proceed as scheduled on **June 14, 2017** at **2:15 p.m.** in Courtroom 21D, United States Courthouse, 500 Pearl Street, New York, New York. Given his present circumstances, plaintiff is not required to appear at the conference. If feasible (and it may not be), plaintiff's counsel may make arrangements for plaintiff to participate by telephone and should have a telephone number available for plaintiff to be reached during the conference (the Court will sign an order from counsel to this effect if one is submitted). The requirement that a representative of the Comptroller's Office attend the conference remains.

    **SO ORDERED.**

Dated: New York, New York
       June 8, 2017

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been emailed to:**

nypresh@gmail.com
twint19@gmail.com